AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**RICARDO L. SELDON**
**DOB: x/xx/83**
**PDID: xxx-xxx**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 25, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER RODRIGO CRISOSTOMO__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER RODRIGO CRISOSTOMO**
**FOURTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                          City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTS

      Defendant Ricardo Lamont Seldon lives with relatives at 714 Oglethorpe Street, N.W., Washington, D.C. In addition to statements to police that defendant and his grandparents have given, which identify this address as defendant's home, this also is stated in a Pre-Sentence Investigation (PSI) report which the U.S. Probation Office prepared for the Court in <u>United States</u> v. <u>Ricardo Lamont Seldon</u>, Cr. No. 05-0260 (RMC). In this case in the U.S. District Court for the District of Columbia, defendant is pending sentencing following guilty pleas to gun and drug crimes in violation of federal and District of Columbia law. This Court previously had released defendant Seldon pending sentencing with the requirement that he live at this address on Oglethorpe Street, N.W., in an order dated July 27, 2005.

      On October 25, 2005, just before 7:30 p.m., sworn officers of the Metropolitan Police Department executed a search warrant at defendant's home at 714 Oglethorpe Street, N.W., Washington, D.C. Defendant was not home at the time. In the course of executing the search warrant, police learned about a particular bedroom at this address, which is defendant's bedroom. From that bedroom, police seized about one ounce of suspected crack cocaine base, that is, a plastic bag containing white, rock-like substance, some of which police subjected to a field-test. The field-test indicated the rock-like substance contained cocaine. Police also seized a loaded, semi-automatic pistol, which was underneath defendant's mattress, along with the bag containing the suspected crack cocaine base.

      The amount, form, and packaging of the suspected crack cocaine base, along with its location, and other items that police seized, indicate that defendant possessed the drugs to sell to others, rather than to use them himself.

 

_____
RODRIGO CRISOSTOMO
FOURTH DISTRICT, MPD

Sworn and subscribed before me on
this ___ day of November, 2005.

_____
U.S. MAGISTRATE JUDGE