FILED

**U.S. Department of Justice**
*United States Attorneys*

JAN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# for the District of Columbia

**UNITED STATES OF AMERICA**

v.

RICARDO L. SELDON

Case No. 05-0593m

**ORDER**

Upon oral motion of the PARTIES _____ to exclude 65 days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that 65 days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_Ricardo Seldon_
Defendant

_____
Defense Counsel

_Barry Wiegand_
Attorney for Government

Executed, 01-09-06

proposed CSH/CPH

03/09/06, 1345

_____
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)