UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-318** |
| v. | : | MAGISTRATE NO. 05-0593M-01 (CR) |
| **RICARDO L. SELDON,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

ELLEN SEGAL HUVELLE, ESH

**INDICTMENT**

FILED IN OPEN COURT

OCT 24 2006

The Grand Jury charges that:

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

B

**COUNT ONE**

On or about October 25, 2005, within the District of Columbia, **RICARDO L. SELDON,**

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 5 grams or more.

**(Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in
violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

**COUNT TWO**

On or about October 25, 2005, within the District of Columbia, **RICARDO L. SELDON,**

did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of,

a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is

Count One of this Indictment which is incorporated herein, a firearm, that is, a Taurus 9mm semi-

automatic pistol.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in
violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.