## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-318** |
| | : | **Magistrate No. 05-0593M-01 (CR)** |
| **v.** | : | |
| | : | |
| **RICARDO L. SELDON** | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Perham Gorji at telephone number 202-353-8822 and/or email address Perham.Gorji.@usdoj.gov  Perham Gorji  will substitute for Assistant United States Attorney Vincent Caputy as counsel for the United States.

    Respectfully submitted,

    JEFFREY TAYLOR
    United States Attorney

_____
Perham Gorji
Assistant United States Attorney
Federal Major Crimes,
Delaware Bar No. 3737
555 4th Street, NW,  Room 4233
Washington, DC 20530
202-353-8822