UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-00318 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **RICARDO L. SELDON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Donnell Turner, at telephone number **(202) 305-1419** and/or email address **Donnell.Turner2@usdoj.gov**. **Donnell Turner**, will substitute for Assistant United States Attorney Perham Gorji, as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN.
    United States Attorney

    _____
    **Donnell Turner**
    **Assistant United States Attorney**
    **Federal Major Crimes**
    **555 4th Street, NW, Room 4235**
    **Washington, DC 20530**
    **(202) 305-1419**