UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No. 06-318 (ESH)** |
| **RICARDO SELDON,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Upon oral motion of the United States to keep the defendant, who is presently serving a sentence at Butner Federal Correctional Complex ("Butner") in Eastern, N.C., incarcerated at the District of Columbia Jail throughout the pendency of this case, and for good cause shown, it is this _____ day of March, 2007, hereby

**ORDERED** that the United States Marshals Service shall keep the defendant incarcerated at the D.C. Jail throughout the pendency of this case and shall not return the defendant to Butner until such time as the defendant's case has been completed by the Court or the Court has otherwise so ordered.

_____
ELLEN S. HUVELLE
United States District Judge

Copies to:

Donnell W. Turner
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C.  20530

Harry S. Tun, Esq.
400 5th Street, N.W.
Suite 300
Washington, D.C.  20001

cc: Michael D. Brittin, Esq.
Rachel Carlson Lieber, Esq.

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036