UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| | : | Criminal No. 06-318 (ESH) |
| RICARDO SELDON, | : | |
| Defendant. | : | |

FILED
MAR 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon oral motion of the United States to keep the defendant, who is presently serving a sentence at Butner Federal Correctional Complex ("Butner") in Eastern, N.C., incarcerated at the District of Columbia Jail throughout the pendency of this case, and for good cause shown, it is this 14 day of March, 2007, hereby

**ORDERED** that the United States Marshals Service shall keep the defendant incarcerated at the D.C. Jail throughout the pendency of this case and shall not return the defendant to Butner until such time as the defendant's case has been completed by the Court or the Court has otherwise so ordered.

ELLEN S. HUVELLE
United States District Judge