## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 1:06-CR-318 |
| ) | |
| v. ) | Next event: Status Conference |
| ) | April 22nd 2007 |
| RICARDO SHELDON ) | |
| ) | Judge Huvelle |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE THE DEFENDANT'S MOTIONS AND OPPOSITION TO THE GOVERNMENT MOTIONS

Defendant respectfully request that the Honorable Court enlarge the time to Tuesday, April 17th, 2007 in which the defendant to file all relevant motions and the opposition to the government's motions. The grounds for this motion are as follows:

1. Undersigned counsel has been taking care of numerous personal emergencies including but not limited to taking his spouse the hospital for a procedure.

2. Further, undersigned counsel was in numerous felony trial since last hearing. In fact, undersigned counsel was in trial on February 26th until March 2nd 2007 as well as March 19th until March 22nd in the Circuit Court for Prince Georges County. Moreover, undersigned counsel was in trial before the Honorable Robert L. Richter March 7th until March 12th 2007. In addition, undersigned counsel is scheduled to begin felony one trial involving sexual abused of two minors on April 9th 2007 before the Honorable Neal E. Kravitz.

3. On the morning of April 4th 2007, undersigned counsel spoke in person to opposing counsel, Donnell Turner, seeking a consent. He stated that he will take no position with regard to this motion

4. Granting this motion will not prejudice the parties.

WHEREFORE, undersigned counsel respectfully request that this Honorable Court grant the Defendant's Motion to Enlarge the Time to April 17th 2007 in which the defendant to file all relevant motions and the opposition to the government motions.

Dated: Washington, DC
March 4th, 2007

          Respectfully submitted,

          **LAW OFFICE OF HARRY TUN**

       By: _____
          Harry Tun(Bar # 416262)
          400 Fifth Street, NW
          Suite 300
          Washington, DC  20001
          (202) 393-2882

          *Attorney for Ricardo Seldon*

  **Points and authorities**

The record herein.
Rule 11 et seq. of Superior Court Rule of Civil Procedure.

**CERTIFICATE OF SERVICE**

    I, hereby certify that on the____ day of_____ 2005, a copy of the foregoing Consent Motion for Enlargement of Time to file the Defendant's Opposition to the Plaintiff Motion for Summary Judgment , was served by mail, postage prepaid, and facsimile to.

                                                     _____
                                                     Harry Tun

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 1:06-CR-318 |
| ) | |
| v. ) | Next event: Status Hearing |
| ) | April 22nd 2007 |
| RICARDO SHELDON ) | |
| ) | Judge Huvelle |

### ORDER

THIS CAUSE having come before the Court on the Motion for enlargement of time, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the counsel for the defendant, Ricardo Sheldon may file all relevant motion's on or before April 17th 2007.

_____
Ellen Segal Hyvelle
United States District Judge

cc:
Harry Tun
400 Fifth Street, NW
Suite 300
Washington, DC 2001

Donnell Turner
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530