UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 1:06-CR-318 |
| ) | |
| v.   ) | Next event: Status Hearing |
| ) | April 22nd 2007 |
| RICARDO SHELDON ) | |
| ) | Judge Huvelle |

**ORDER**

FILED
APR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THIS CAUSE having come before the Court on the Motion for enlargement of time, and that Motion having been considered by the Court, and for good cause shown, it is this ___4___ day of ___April___, 2007,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the counsel for the defendant, Ricardo Sheldon may file all relevant motion's on or before April 17th 2007.

Ellen Segal Hyvelle
United States District Judge

cc:
Harry Tun
400 Fifth Street, NW
Suite 300
Washington, DC 2001

Donnell Turner
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530