CO-526
(12/86)

**FILED**

MAY 18 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            )
                                    )
                                    )
            vs.                     )    Criminal No. 06-318 (ESH)
                                    )
Ricardo Seldon                      )
                                    )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Ricardo Seldon
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge