**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No.  06-318 (ESH)** |
| **RICARDO SELDON,** | |
| **Defendant.** | |

## STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Ricardo Seldon, hereby submits this Statement of the Offense in the instant case. The essential elements of the offense of Unlawful Possession with Intent to Distribute Five Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii), each of which the Government must prove beyond a reasonable doubt, are:

1.    That Defendant possessed five grams or more of cocaine base, or "crack" cocaine;

2.    That such possession was knowing and intentional, and not the result of any mistake, accident, or inadvertence; and

3.    That, at the time Defendant possessed the crack cocaine, Defendant had the specific intent and purpose of distributing it to other persons.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that at approximately 7:26 p.m. on October 25, 2005, members of the Fourth District Focus Mission Unit of the Metropolitan Police Department executed a D.C. Superior Court search warrant at 714 Oglethorpe Street, N.E., Washington, D.C., which is a three bedroom residence. During a search of one of the three bedrooms,officers located, underneath a mattress, a clear plastic bag containing several rocks of crack cocaine, and a Taurus 9mm handgun, serial

number TOB40792, which was loaded with fifteen rounds of ammunition. Also seized from the room were a surveillance monitor, which was attached to a video camera that showed the exterior of the front entrance of the residence, numerous pieces of mail addressed to Defendant, court-related documents bearing Defendant's name and address, and $501 U.S. currency. Further, at the time the warrant was executed, two individuals who occupied the residence, who were later identified as Defendant's grandparents, stated to police that the bedroom containing the crack cocaine and firearm belonged to Defendant.

714 Oglethorpe St

The drugs recovered from ~~the vehicle~~ were later sent to the Drug Enforcement Administration's chemical laboratory for analysis. The examination revealed that a total of 26.5 grams of crack was recovered from Defendant's bedroom by police. These drugs were knowingly and intentionally possessed by Defendant on October 25, 2006. Further, Defendant possessed the crack with the specific intent and purpose of distributing it to others.

This Statement of the Offense is a summary of Defendant's participation in the offense of Unlawful Possession with Intent to Distribute Five Grams or More of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii), and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this Statement of the Offense is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____

Donnell W. Turner
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4235
Washington, D.C. 20530
(202) 305-1419

2

## DEFENDANT'S ACKNOWLEDGMENT

      I have read the attached <u>two-page</u> factual proffer and have discussed it with my attorney, Harry Tun, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: _5-18-07_                  _Ricardo Seldon_

                                          Ricardo Seldon
                                          Defendant

## ATTORNEY'S ACKNOWLEDGMENT

      I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: _5|18|07_

                                      Harry Tun, Esq.
                                        Attorney for Defendant

3