**UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 1:06-cr-318 |
| | : | Honorable Ellen Segal Huvelle |
| | : | Sentencing: June 15, 2007 |
| | : | |
| **RICARDO L. SELDON,** | : | |
| | : | |
| Defendant. | : | |

==============================

**CONSENT MOTION TO CONTINUE THE SENTENCING**

RICARDO L. SELDON, by and through undersigned counsel, Harry Tun, respectfully submits this Motion to Continue the Defendant's Sentencing and respectfully requests that this Court issue an Order granting this Motion. As grounds for this request, the undersigned attorneys state as follows:

The defendant's sentencing is scheduled for June 15, 2007. The undersigned attorney is required to travel out of the jurisdiction on June 14th, 2007 in connection with in connection with a case arising out of Broward County, Florida and will not return to the metropolitan area until June 17th, 2007.

Accordingly, due to this scheduling conflict, the undersigned attorneys respectfully request that this Court grant the Motion to Continue the Defendant's Sentencing. On June 11, 2007, undersigned counsel spoke with Assistant United States Attorney Donnell W. Turner and he stated that he consent to this motion.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant this Motion to Continue the Defendant's Sentencing.

Ricardo Seldon

By Counsel

Respectfully submitted,

_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 20001
(202) 393-2882

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Unopposed Motion to Continue the Defendant's Arraignment was sent via e-filing and first class mail to Donnell W. Turner, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on this \_\_\_\_\_ day of _____, 2007.

_____
Harry Tun

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 1:06-cr-318 |
| : | Honorable Ellen Segal Huvelle |
| : | Sentencing: June 15, 2007 |
| : | |
| **RICARDO L. SELDON,** : | |
| : | |
| **Defendant.** : | |

==============================

# ORDER

THIS CAUSE having come before the Court on the Unopposed Motion to Continue the Defendant's Sentencing, and that Motion having been considered by the Court, and for good cause shown, and there being no opposition thereto, it is this _____ day of _____, 2007,

ORDERED, that the Unopposed Motion to Continue the Defendant's Arraignment is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defendant's Sentencing is hereby continued to the _____ day of _____, 2007.

_____
JUDGE

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, DC  20007

     Harry Tun
     400 Fifth Street, NW
     Suite 300
     Washington, DC 20001

Laura Bach
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530